# UNITED STATES DISTRICT COURT
for the

FILED
ASHEVILLE, NC

MAY 30 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Western District of NC

Asheville Division

Christopher Ashley Satterwhite
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

U.S. Department of Veterans Affairs
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:25-cv-00156-MR-WCM
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Ashley Satterwhite |
| Street Address | 2335 Satterwhite Circle |
| City and County | Granite Falls Caldwell |
| State and Zip Code | NC 28630 |
| Telephone Number | 919-417-7054 |
| E-mail Address | ca3355@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Asheville VA Medical Center |
| Job or Title *(if known)* | |
| Street Address | 1100 Tunnel Rd |
| City and County | Asheville, Buncombe |
| State and Zip Code | North Carolina, 28805 |
| Telephone Number | (828) 298-7911 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Washington DC VA Medical Center |
| Job or Title *(if known)* | |
| Street Address | 50 Irving St. NW |
| City and County | Washington DC |
| State and Zip Code | 20422 |
| Telephone Number | (202) 745-8000 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Tampa FL (PREP) Medical Center |
| Job or Title *(if known)* | |
| Street Address | 1300 Bruce B Downs Blvd |
| City and County | Tampa, Hillsborough |
| State and Zip Code | Florida, 33612 |
| Telephone Number | (813) 972-2000 Ext. 6663 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* __Christopher Ashley Satterwhite__ is a citizen of the State of *(name)* __North Carolina__.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* __Christopher Ashley Satterwhite__, is a citizen of the State of *(name)* __North Carolina__. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_See attached_

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* __Christopher Ashley Satterwhite__, and the defendant, *(name)* __U.S. Department of Veterans Affairs__, made an agreement or contract on *(date)* __14 May 2002__. The agreement or contract was *(oral or written)* __written__. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

__provide medical care and treatment for service related injuries.__

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

__denied care and benefits for injuries. (see attached)__

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__See attached document.__

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/25/2025

Signature of Plaintiff: *Christopher A. Satterwhite*
Printed Name of Plaintiff: Christopher Ashley Satterwhite

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

To Whom It May Concern:

Section III Statement of Claim

PART 1. OUTLINE RELATIONSHIP BETWEEN PARTIES

   I proudly served 9 years and 10 months in the United States Air Force; all were with Special Operations except my basic training. During this time, I had four combat deployments, one deployment for clandestine operations, and numerous training missions. This training included both training I received, and training wherein I was an instructor for many other individuals and platforms in the United States Military. Because of my status as an Airman of the United States Air Force I was and continued to be entitled to competent medical care from the Veterans Affairs Health Administration, especially for injuries sustained during duty of service.

I separated from the Air Force with documented injuries that had mild effects on my daily activities and general quality of life. After the passage of time those injuries and their life altering effects became worse, so much so I could not work. I sought help at the Veterans Affairs Health Administration (hereinafter "VA") for medical care. As results dictated, I did not receive adequate care at three different facilities, Asheville NC, Tampa FL, and Washington, D.C.

PART 2. DEFENDANT'S FAILURE TO COMPLY WITH OBLIGATIONS

   Eventually, the lack of proper medical care the VA provided required that I find medical professionals that were more interested in my health and achieving a positive outcome for me. I had to pay for a majority of my medical care from other medical providers, and this is medical care which the VA is contractually obligated to fulfill.

   During my time struggling through the VA's handling of my issues, I was denied care and denied attending facilities that have the specific purpose of rehabilitating injured Veterans, including myself. Those individuals involved neglected to read my medical records, on multiple occasions and responded with false statements about my conditions. They directly told me to pay for my medical care. The head social worker at Asheville said she did not know what was

CAS
05/25/2025

wrong with you and the care you are getting is all you are going to get, if you want something different you are going to have to pay for it yourself. This neglect and medical bias delayed financial support and gave medical professionals a biased opinion when reviewing my records. All injuries in question were sustained while on active duty, during training for and/or deploying on combat operations in the defense of the United States of America. (All claims stated are documented with records, receipts, charts, and by listed witnesses. Additionally, the delay in filing this civil action sooner is due to the time it took for my claims to be processed by the Veterans Benefit Administration (which one claim is still pending). Once correct diagnoses were made and included in my records, I won my appeals and got fixed and back to work. Both the Asheville, NC and Washington DC VA made incorrect diagnoses and false and misleading statements, whereas the Tampa, FL VA denied me access to their facility. Additionally, these facilities being separate facilities are still controlled and managed by the same VA system and authority.

All care I received and paid for, that effectively got me back to work, are therapies and treatments that are easily obtained and offered at VA facilities. Care consisted of chiropractic, dry needling, physical therapy, craniosacral therapy and cognitive therapy work. The aforementioned care and treatments were used to treat thoracic outlet syndrome, brachial plexus, facial tissue scarring, skull alignment, tension on nerves and spinal fluid flow.

IV. Relief

PART 3. DAMAGES/RELIEF

As a direct result of the VA's mishandling of my case I am seeking just compensation for my economic losses and time lost in regards to personal and professional development. My economic loses consist of lost wages for the 4 years and 10 months of unemployment (December 2014-October 2019); during that time, my injuries prevented me from being functional despite my attempts to seek care. During this time, I was nowhere near allotted enough financial support to be considered a living wage. Additionally, I lost job growth, experience and personal and professional development, which I cannot get that time back.

These figures also represent lost gains from investments, like interest, dividends and compounded growth (used to pay for living expenses and medical bills, instead of financial accumulation), lost time, investment opportunities (such as property), long term damage to my credit, interest on debt and bills acquired from being unemployed and paying medical bills, and reimbursement for medical expenses I paid for from my own income; these medical expenses are expenses that the Veterans Affairs Administration were contractually obligated to competently provide or otherwise pay for, and of course the VA has done neither. Also, include financial benefits not granted that I was eligible for (Social Security) and either did not receive or received years after financial damage was done. Additionally, legal fees paid due to the fact I had to take my claims to court, because of inaccurate and false information that was put in my medical records. Total losses over the time of four years and ten month and continued financial issues sustained, can easily be calculated between $525,000 to $775,000. I am seeking the sum of $525,000 to get out of the financial position of disparity, recoup monetary and financial losses caused by the VA and get back in good financial standing. I am currently still incurring financial issues that is also affecting my family's wellbeing as well. If not for the negligent and malicious actions of multiple VA facilities and personnel, I would not have to seek legal action against the VA.

Thank you for your consideration.

Christopher A. Satterwhite

*CAS*
*05/25/2025*